**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**GREGORY RYAN BREWER** **PLAINTIFF**

**V.** **CAUSE NUMBER: 3:26-cv-00209-JDM-JMV**

**AJINOMOTO FOODS NORTH AMERICA, INC.** **DEFENDANT**

## ORDER

Before the Court is Defendant Ajinomoto Foods North America, Inc.'s Motion for Partial Judgment on the Pleadings. [6] FED. R. CIV. P. 12(c). Plaintiff Gregory Ryan Brewer brings a single private action under the Age Discrimination in Employment Act. He requests several types of damages, including general damages—for mental anxiety and emotional distress—and punitive damages.

In its Motion [6], Ajinomoto argues Brewer cannot recover general and punitive damages because they are not available under the ADEA. Brewer has failed to timely respond to the Motion. The Court agrees with Ajinomoto—the ADEA limits damages to unpaid minimum wages or overtime compensation. 29 U.S.C. § 626(b). And the Fifth Circuit has unequivocally held that "neither general damages nor punitive damages are recoverable in private actions posited upon the ADEA." *Dean v. Am. Sec. Ins. Co.*, 559 F.2d 1036, 1040 (5th Cir. 1977).

**THEREFORE, IT IS ORDERED** that the Motion for Partial Judgment on the Pleadings [6] is **GRANTED**. Brewer's requests for general and punitive damages under the ADEA are dismissed. But his requests for special damages remain.

**SO ORDERED** this, the 2nd day of October, 2026.

/s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI